IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:93-CV-94 (MTT) |
| DOROTHY WARE HART, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

Before the Court is the United States' Motion for Judgment Lien Renewal (Doc. 7). On May 13, 1993, an Amended Judgment was entered against Defendant Dorothy Ware Hart in the amount of $546,792.30 principal, $696,552.97 prejudgment interest as of May 5, 1993, plus interest at the rate of 12.04% from May 5, 1993 until the date of judgment, plus interest at the legal rate of 3.25% from the date of judgment, plus a surcharge of 10% of the total principal and interest as of the date of judgment. (Doc. 7-1). As of September 7, 2012, a balance of $81,341.04 remained and interest continues to accrue at 3.25%.

Pursuant to the Federal Debt Collection Procedures Act, a judgment lien may be renewed for an additional period of 20 years and shall relate back to the date the judgment is filed if "(A) the notice of renewal is filed before the expiration of the 20-year period to prevent the expiration of the lien; and (B) the court approves the renewal of such lien under this paragraph." 28 U.S.C. § 3201(c). Here, the notice of renewal has been filed prior to the May 13, 2013 expiration date of the original lien. Thus, the Act

has been complied with, and the Court hereby ORDERS that the lien be renewed in accordance with the Act, 28 U.S.C. § 3201.

**SO ORDERED**, this 26th day of October, 2012.

                                              <u>S/ Marc T. Treadwell</u>
                                              MARC T. TREADWELL, JUDGE
                                              UNITED STATES DISTRICT COURT